IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01020-WYD-MJW

EUNICE BRYANTON;
GARDEN MAGIC, LLLP, A Colorado Limited Liability Partnership, on its own behalf;
and GARDEN MAGIC, LLLP, A Colorado Limited Liability Partnership, as a member of
PLANT MAGIC LLC, a Nevada Limited Liability Company,

     Plaintiffs,

v.

CHRIS H. GIORDANO, an individual;
BRIGHT IDEAS GROUP, INC., a New Jersey Corporation;
BRIGHT IDEAS GROUP, LLC, a New Jersey Limited Liability Company;
BRIGHT IDEAS FUNDING GROUP LLC, a New Jersey Limited Liability Company;
BIRCHWOOD CAPITAL ADVISORS, LLC, a New Jersey Limited Liability Company;
PREMIERE OPPORTUNITIES GROUP, INC., a New Jersey Corporation; and
PLANT MAGIC LLC, a Nevada Limited Liability Company,

     Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal Without Prejudice filed October 1, 2012.  Having carefully reviewed the Stipulation and file and being fully advised in the premises, it is

ORDERED that the Stipulation for Dismissal Without Prejudice (ECF No. 20) is **APPROVED** and this matter is **DISMISSED WITHOUT PREJUDICE**, each party to pay their own attorneys' fees and costs.

Dated: October 2, 2012

             BY THE COURT:

             s/ Wiley Y. Daniel
             Wiley Y. Daniel
             Chief United States District Judge